IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCELLA VANCE,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ERA HOLDINGS, LLC,** *et al.,* | : | NO. 23-2626 |
| *Defendants* | : | |

**O R D E R**

**AND NOW,** this **3rd** day of **May, 2024**, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

*s/Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge